**IT IS ORDERED as set forth below:**



**Date: March 21, 2019**

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| Michael Wayne Ash | ) | |
|    Debtor, | ) | Chapter 13 |
| | ) | Case No.: 18-11689-SDB |
| Michael Wayne Ash | ) | |
|    Movant, | ) | |
| | ) | |
|    vs. | ) | |
| | ) | |
| United Consumer Financial Services | ) | |
|  (UCFS Kirby Cleaning Services) | ) | |
|    Respondent. | ) | |

**ORDER**

After Proper notice and no response having been filed by the response date, Debtor's Objection is hereby granted.

WHEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that the Claim No. 3 of Respondent is disallowed in the amount Nine Hundred Eleven Dollars and Thirty-Five Cents ($911.35) except for the amount that has already been paid by the Chapter 13 Trustee.

[SIGNATURE ON FOLLOWING PAGE]

[END OF DOCUMENT]

PRESENTED BY:
s/ Angela Williams Seymour
Angela Williams Seymour, GBN 636505
Attorney for Debtor/Movant
101-B Rossmore Place
Augusta, GA 30917-1003
(706) 868-1968